# ELECTRONIC RECORD

COA # 05-13-01137-CR                    OFFENSE: 21.1

STYLE: Luis Rodolfo Lopez v. The State of Texas          COUNTY: Dallas

COA DISPOSITION: AFFIRM          TRIAL COURT: 194th Judicial District Court

DATE: 02/02/2015          Publish: NO   TC CASE #: F-1160773-M

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Luis Rodolfo Lopez v. The State of Texas          CCA #: 199-15

_____PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: 06/03/2015          SIGNED: _____     PC: _____

JUDGE: Per Curiam          PUBLISH: _____     DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**